IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-116 (Phillips / Shirley) |
| JACOB RONALD REED, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court upon Jacob Ronald Reed's Motion for Temporary Pretrial Release for Dental Care [Doc. 25]. The Court has been advised by the U.S. Marshal Service that the issues raised in the motion can best be addressed by direct contact with their office, given the facts set forth in the motion. Chambers of this Court has relayed this proposal to counsel for the defense, David Wigler, who confirmed that he would contact the Marshals to make arrangements for Mr. Reed's requested dental procedure.

Given that the matter can be resolved without further action from the Court, the Motion for Temporary Pretrial Release for Dental Care **[Doc. 25]** is **DENIED** as moot.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge