UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-116 |
| | ) | (Phillips / Shirley) |
| JACOB RONALD REED, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on July 24, 2008, during a hearing on defendant's Motion to Continue Sentencing in order to file objections to the presentence report [Doc. 42]. Defendant Jacob Ronald Reed was present with his additional counsel of record, Paul Kaufman. The government was represented by Assistant United States Attorney Hugh B. Ward, Jr.

Attorney Kaufman filed a Notice of Appearance with the Court on July 18, 2008 [Doc. 41] as additional counsel of record for Mr. Reed. The court finds that good cause has been shown to extend the deadline previously established for filing objections to the presentence report. Mr. Reed had been represented by Attorney Herbert Moncier, who was removed from practice from this district as the result of an unrelated matter. Attorney David Wigler is also counsel of record for Mr. Reed, but he has sought clarification of his ability to proceed with Attorney Moncier's cases in federal court. A ruling on that inquiry has not been delivered as of this date. In the interest of justice, Defendant Reed, through his new counsel of record, Attorney Kaufman, must be allowed to file any

1

timely objections he may have to the presentence report. Because the defendant is represented by counsel at this time, the Court finds that it may now set a reasonable deadline for the filing of objections to the presentence report.

Accordingly, Mr. Reed's Motion to Continue Sentencing in order to file objections to the presentence report [**Doc. 42**] is **GRANTED**. The sentencing hearing is continued to **August 12, 2008 at 9:00am** before the Honorable Thomas W. Phillips. The defendant shall file objections to the Presentence Report no later than **Tuesday, July 29, 2008** and the government shall file their response no later than **Monday, August 4, 2008.**

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge